UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
=================================
AZARIAH BOLDEN, JUAN ANGEL SANTOS,
DREUX CARLSON, EVAN JUSTEN,
MARIE TAYLOR, AMAE BROWN,
KYLE HERBECK, BENJAMIN CAIN
and JOSEPH ABRAMS,

                                                                                              21-cv-00325-JLS-LGF

                Plaintiffs,

   v.

CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT,
DAWN KENT, MICHAEL DELONG,
MICHAEL MARITATO, ZACHARY WILLIAMS,
STEPHEN SCHULZ, KEVIN MURPHY,
PATRICK MEEGAN, JOSEPH BEYER
and JOHN/JANE DOE(S),

                Defendants.
=================================

## STIPULATION OF DISMISSAL

       Plaintiffs and defendants, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that the above action be and it is voluntarily dismissed with prejudice and on the merits, as the matter has been settled on the terms set forth in general releases executed by plaintiffs.

Dated:     Buffalo, New York
               June 1, 2023

| | |
|---|---|
| s/Brittanylee Penberthy, Esq. | s/David M. Lee |
| Penberthy Law Group LLP | Assistant Corporation Counsel |
| Attorneys for Plaintiffs | City of Buffalo Department of Law |
| | Attorneys for Defendants |